UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL PAUL SHERWOOD,

    Petitioner,

                                            Case No. 1:07-cv-425

v.

                                            HONORABLE PAUL L. MALONEY

JOHN PRELESNIK,

    Respondent,
_____/

**JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date:   October 26, 2012                                  /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District